PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4814
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERSEY JOE BREEDLOVE,<br>    Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | No 2:20-cv-2117 DB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; AND ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will instruct the Administrative Law Judge to further consider the period at issue, the opinion evidence, and the residual functional capacity; to take any further action needed to complete the administrative record; and to issue a new decision.

STIPULATION TO REMAND

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 26th day of August, 2022.

/s/ Robert Weems*
ROBERT WEEMS
Attorney for Plaintiff
*Authorized by email on August 25, 2022

PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Ellinor R. Coder
ELLINOR R. CODER
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that:

1. The above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four;

2. Upon remand, the Appeals Council will instruct the Administrative Law Judge to further consider the period at issue, the opinion evidence, and the residual functional capacity; to take any further action needed to complete the administrative record; and to issue a new decision;

////

////

STIPULATION TO REMAND

3.  The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner; and

4.  This action is closed.

DATED: August 31, 2022                    /s/ DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE